IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENARD DARNELL NEAL,

    Plaintiff,                    1: 08 CV 01557 YNP GSA (PC)

    vs.                             ORDER RE MOTIONS  (DOCS 13, 14)

USP ATWATER, et al.,

    Defendants.

    Plaintiff is a federal prisoner proceeding pro se in a civil rights action pursuant to <u>Bivens v. Six Unknown Agents</u>, 403 U.S. 388 (1971).  Plaintiff has consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c)(1).

    On March 31, 2009, an order was entered, directing Plaintiff to complete and submit to the court a completed application to proceed in forma pauperis.  Plaintiff failed to do so, and on May 19, 2009, an order to show cause was entered, directing Plaintiff to show cause, within thirty days, why this action should not be dismissed for his failure to prosecute.  On June 19, 2009, Plaintiff filed two motions.

    Plaintiff's motions are styled as a motion for an appearance bond and a motion for remedy.  In these motions, Plaintiff sets forth irrelevant legal arguments..  Plaintiff has not, however, submitted a completed application to proceed in forma pauperis.  The Court will grant

1 Plaintiff one further opportunity to comply with the order to submit an application to proceed in
2 forma pauperis. Plaintiff's failure to do so will result in dismissal of this action for his failure to
3 prosecute.
4     Accordingly, IT IS HEREBY ORDERED that:
5     1. Plaintiff's motions for an appearance bond and for a remedy are denied.
6     2. Plaintiff is granted an extension of time of thirty days from the date of service of this
7 order in which to complete and return to the court a completed application to proceed in forma
8 pauperis.

10     IT IS SO ORDERED.
11     Dated:   **June 23, 2009**         /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE