# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENARD DARNELL NEAL, | CASE NO. 1:08-cv-01557-YNP PC |
| Plaintiff, | ORDER DISMISSING ACTION |
| v. | |
| UNITED STATES PENITENTIARY ATWATER, et al., | |
| Defendants. | |

Plaintiff Denard Darnell Neal ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388, 91 S.Ct. 1999 (1971), which provides a remedy for violation of civil rights by federal actors. Plaintiff has consented to the exercise of jurisdiction by Magistrate Judge pursuant to 28 U.S.C. § 636(c)(1). (Doc. #6.)

By order filed September 2, 2009, the Court issued an order dismissing the operative complaint for failure to state a claim and directing Plaintiff to file an amended complaint within thirty days. (Doc. #21.) Plaintiff's amended complaint was due on October 5, 2009. Plaintiff has not filed an amended complaint. Instead, on September 30, 2009, Plaintiff filed a pleading titled "Secured Party Objections to Magistrate Judge Order." Plaintiff's pleading consists of frivolous and nonsensical objections to the Court's September 2, 2009 order.

The September 2, 2009 order informed Plaintiff of the deficiencies in his complaint and dismissed the complaint on the ground that Plaintiff had failed to state a claim upon which relief

could be granted. Plaintiff was granted the opportunity to file an amended complaint. Plaintiff has not filed an amended complaint and has notified the Court through the September 30, 2009 pleading that he has no intention of filing an amended complaint. (Secured Party Objections to Magistrate Judge Order 12.) Thus, the Court will dismiss Plaintiff's claims without prejudice for failure to state any claims upon which the Court could grant relief. See Noll v. Carlson, 809 F.2d 1446, 1448 (9th Cir. 1987) (Court must notify pro se prisoner of the deficiencies in his claims and provide an opportunity to amend prior to dismissing for failure to state a claim).

    Accordingly, IT IS HEREBY ORDERED that this action be dismissed without prejudice for failure to state a claim upon which relief can be granted.

    IT IS SO ORDERED.

**Dated:** **November 12, 2009**      **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE